# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-469-858

**Effective Date of Registration:**
August 26, 2025
**Registration Decision Date:**
December 04, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Lilli |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2008 |
| **Date of 1st Publication:** | March 07, 2008 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Andreas Levers |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Germany |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Andreas Levers |
| | Ricarda-Huch-Strasse 3A, Potsdam, 14480, Germany |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Andreas Levers |
| **Email:** | info@96dpi.de |
| **Address:** | Ricarda-Huch-Strasse 3A |
| | Potsdam 14480 Germany |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | August 26, 2025 |
| **Applicant's Tracking Number:** | AL2025082601 |

